BEFORE THE SECOND DIVISION, JANUARY 19, 1944

**No. 49145.**—Protests 98451–K, etc., of H. G. Gogarty, Inc. (New York).

Opinion by TILSON, J. It was agreed between counsel that the merchandise in question consists of pieces of mica of random thickness, cut or stamped to dimensions, shape or form, and does not comprise mica films or splittings cut or stamped to dimensions. In accordance therewith the protests were sustained to this extent.

**No. 49146.**—Protests 937957–G, etc., of A. D. Cohen Co., Inc. (New York).

Opinion by TILSON, J. The testimony showed that certain items consist of hats similar in all material respects to those involved in Abstract 47291. In accordance therewith the protests were sustained as to those items.

**No. 49147.**—Protests 929805–G, etc., of Lou I. Lubin, Inc. (New York).

Opinion by TILSON, J. The testimony showed that certain items consist of hats similar in all material respects to those involved in Abstract 47291. In accordance therewith the protests were sustained as to those items.

**No. 49148.**—Protests 104852–K, etc., of Eurasia Import Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of hats similar in all material respects to those involved in *Armand Schwab* v. *United States* (8 Cust. Ct. 231, C. D. 613). The claim was sustained as to those items

**No. 49149.**—Protests 530928–G, etc., of John Zimmermann Co. (New York).

Opinion by TILSON, J. The testimony showed that certain of the items in question consist of hats similar to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith the protests were sustained as to those items.